UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES MARTINEZ,

          Petitioner,

against

SUPERINTENDENT DONALD UHLER,

          Respondent.

CIVIL ACTION NO.: 19 Civ. 6928 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Petitioner's letter at ECF No. 17 requesting an update on the status of his case.

The Petition for a Writ of Habeas Corpus is fully briefed and is before the undersigned for a Report & Recommendation.

Dated:    New York, New York
            June 16, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Copy mailed by Chambers To:    Moises Martinez
                                        DIN No. 16A2922
                                        Upstate Correctional Facility
                                        P.O. Box 2000
                                        309 Bare Hill Road
                                        Malone, NY 12953