UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOISES MARTINEZ,

                      Petitioner,                        19 **CIVIL** 6928 (RA)(SLC)

       -against-                                **JUDGMENT**

DONALD UHLER, Superintendent, Upstate
Correctional Facility,

                     Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 1, 2022, the Court has reviewed all remaining portions of the Report not previously discussed for clear error and finds none. The Court has thus adopted the recommendation set forth in the Report and has denied Martinez's petition for a writ of habeas corpus with prejudice. It declines to issue a certificate of appealability, as Martinez has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); accordingly, the case is closed.

**Dated:** New York, New York
           September 30, 2022

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**
                                    **BY:**   *K. Mango*
                                                              **Deputy Clerk**